Opinion filed September 7, 2006















 
 
  
 
 







 
 
  
 
 




Opinion filed September 7, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00213-CV 

 

                                                    __________

 

                 TEXAS
DEPARTMENT OF PUBLIC SAFETY,
Appellant

 

                                                             V.

 

                             JAMES
HOLTON TAYLOR,
III, Appellee

 



 

                                          On
Appeal from the 29th District Court

 

                                                       Palo
 Pinto County, Texas

 

                                                  Trial Court Cause No. C41286

 



 

                                             M
E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint
motion to reverse and remand the case for the entry of an order denying
expunction.  The motion is granted.

The order of the trial court is reversed, and the
cause is remanded for the entry of an order denying expunction.

 

PER CURIAM

September 7, 2006

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.